IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL

        Plaintiff,                      No. CIV S-05-0294 DFL CMK P

    vs.

J. SCOGIN, et al.,

        Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). On October 28, 2005, the court ordered the plaintiff to show cause why the court should not dismiss plaintiff's case for failure to truthfully declare the number of lawsuits that he had filed prior to filing the instant action. Plaintiff was ordered to describe the outcome of each of his previous lawsuits.

        On November 10, 2005, plaintiff filed his response. He failed to describe the outcome of each of his lawsuits and instead states that he has filed "69 suits in the Eastern District" and that he is still awaiting a response on his "39 earlier suits." He further states that he was not untruthful when he failed to list his prior lawsuits but rather failed to list his prior suits because he suffers from mental illness, is on medication and is undergoing psychiatric treatment.

1

1  Plaintiff has not complied with the court's order as he has not provided any
2 information about the disposition of his prior lawsuits.  Plaintiff was warned that failure to
3 respond in accordance with the court's order would result in a recommendation that this action
4 be dismissed with prejudice.
5  IT IS RECOMMENDED THAT this action be dismissed with prejudice.  <u>See</u>
6 Fed. R. Civ. P. 11(c)(1)(B); Fed. R. Civ. P. 41(b).
7  These findings and recommendations are submitted to the United States District
8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fifteen
9 days after being served with these findings and recommendations, plaintiff may file written
10 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
11 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
12 specified time may waive the right to appeal the District Court's order. <u>See</u> <u>Martinez v. Ylst</u>, 951
13 F.2d 1153 (9th Cir. 1991).
14
15 DATED:   December 5, 2005.
16
17                                                     _____
           **CRAIG M. KELLISON**
18            UNITED STATES MAGISTRATE JUDGE